# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0898

VERSUS

ELTON D. GAINES, III                                  **DECEMBER 4, 2023**

---

In Re:    Elton D. Gaines, III, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-15-0631.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk's Office reflect that the district court acted on relator's application for postconviction relief on August 22, 2023.

                              **PMc**
                              **CHH**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT